UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>HUY TRINH,<br><br>  Defendant(s). | Case No.  CR 10-0385 SI<br><br>**AMENDED [PROPOSED] FINAL ORDER OF FORFEITURE** |

On February 08, 2012, the Court entered a Preliminary Order of Forfeiture forfeiting the following property, one Smith and Wesson .22 caliber pistol, model number 2214, with an obliterated serial number[1], pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d).

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 9/18/12

SUSAN ILLSTON
United States District Judge

---

[1] The United States Attorneys Office submits this Amended Proposed Final Order as the FBI, the seizing agency, has informed USAO that one Smith & Wesson Silencer is also subject to forfeiture, pursuant to Title 21, United States Code, Section 853 and Title 18, United States Code, Section 924(d), as it was attached to the pistol at the time of seizure from Huy Trinh.